In the Matter of BENJAMIN SEIDES, Respondent. FRIEDA S. MILLER, as Industrial Commissioner, Appellant.

Submitted January 8, 1942; decided February 26, 1942.

*John J. Bennett, Jr.*, Attorney-General (*W. Gerard Ryan* and *Henry Epstein* of counsel), for appellant.

*Louis Baron* and *Henry Klauber* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.